# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600378

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JULIO E. LIMON
Logistics Specialist Seaman Apprentice (E-2), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Commander Robert D. Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 January 2017

_____

Before PALMER, CAMPBELL, and HUTCHISON, *Appellate Military
Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court